1 | **RIVERA HEWITT PAUL LLP**
2355 Gold Meadow Way, Suite 170
2 | Gold River, California 95670
T: 916-922-1200
3 | F: 916-922-1303
**Shanan L. Hewitt (SBN 200168)**
4 | shewitt@rhplawyers.com
**Wendy Motooka (SBN 233589)**
5 | wmotooka@rhplawyers.com

6 | Attorneys for Defendants
COUNTY OF STANISLAUS and MARK RUNYAN
7 |
**LAW OFFICES OF**
8 | **Walkup, Melodia, Kelly & Schoenberger**
A PROFESSIONAL CORPORATION
9 | 650 California Street, 26th Floor
San Francisco, California 94108-2615
10 | T: (415) 981-7210 · F: (415) 391-6965

11 |
KHALDOUN A. BAGHDADI (State Bar #190111)
12 | kbaghdadi@walkuplawoffice.com
KELLY L. GANCI (State Bar #335658)
13 | kganci@walkuplawoffice.com
**Attorneys for PLAINTIFFS**
14 |

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRINA PALASZESKI, individually and as Successor-in-Interest to THE ESTATE YURIY GARBUZ, | Case No.: 2:24-CV-01974-KJM-JDP |
| Plaintiff, | **STIPULATION REGARDING THE BASIS FOR THE *MONELL* CLAIM; ORDER THEREON** |
| vs. | |
| COUNTY OF STANISLAUS, MARK RUNYAN, JIMMY NGUYEN, and DOES ONE through FIFTY, | |
| Defendants. | |

WHEREAS on July 18, 2024, plaintiffs IRINA PALASZESKI and ESTATE OF YURIY GARBUZ initiated this action against Defendants claiming in relevant part 42 U.S.C. §1983

---

STIPULATION RE: BASIS FOR *MONELL* CLAIM;
ORDER THEREON                                         1
Case No. 2:24-cv-01974-KJM-JDP

violations leading to Mr. Garbuz's death;

WHEREAS the County may be contractually entitled to indemnification from its medical contractor Wellpath for claims arising from the medical and/or mental health treatment and monitoring that Wellpath agreed to undertake pursuant to contract;

WHEREAS Wellpath is currently in bankruptcy and a potential indemnification claim against Wellpath arising from this case is a potential debt to be administered within the ongoing bankruptcy proceedings;

WHEREAS the parties agree and hereby stipulate that the basis for Plaintiffs' claims are not based on any conduct of Wellpath, the medical provider for Stanislaus County Jail, or any of Wellpath's employees;

WHEREAS plaintiffs have confirmed that their theory of *Monell* liability against the County is not based on medical and/or mental health policy, practice, or performance delegated to Wellpath and Wellpath's employees under the contract, but instead is based on policy, practice, or performance pertaining to custodial cell checks performed by custody staff;

WHEREAS the parties wish to formalize this understanding of the basis for the *Monell* claim so that this litigation may proceed and the County is relieved from having to participate in the Wellpath bankruptcy proceedings relating to this case;

THEREFORE, the parties, by and through their respective counsel of record, hereby stipulate as follows:

1. Plaintiffs are seeking no damages from the County arising from any acts or omissions by Wellpath or Wellpath's employees.

IT IS SO STIPULATED.

DATE: May 29, 2025     RIVERA HEWITT PAUL LLP

 /s/ Wendy Motooka
SHANAN L. HEWITT
WENDY MOTOOKA
Attorneys for Defendants COUNTY OF STANISLAUS and MARK RUNYAN

RIVERA HEWITT PAUL LLP
2355 Gold Meadow Way, Suite 170
Gold River, CA 95670
(916) 922-1200

STIPULATION RE: BASIS FOR *MONELL* CLAIM; ORDER THEREON
Case No. 2:24-cv-01974-KJM-JDP

2

DATE: May 29, 2025                    WALKUP, MELODIA, KELLY & SCHOENBERGER


                                    /s/ Kelly L. Ganci [as authorized on 5-28-2025]
                                   KHALDOUN A. BAGHDADI
                                   KELLY L. GANCI
                                   Attorneys for PLAINTIFFS

## ORDER

Pursuant to the Stipulation of the parties, IT IS HEREBY ORDERED THAT:

1.    In this action, plaintiffs are seeking no damages from the County arising from any acts or omissions by Wellpath or Wellpath's employees.

**IT IS SO ORDERED.**

Dated:  May 30, 2025                    /s/ Daniel J. Calabretta
                                          THE HONORABLE DANIEL J. CALABRETTA
                                          UNITED STATES DISTRICT JUDGE

RIVERA HEWITT PAUL LLP
2355 Gold Meadow Way, Suite 170
Gold River, CA 95670
(916) 922-1200

STIPULATION RE: BASIS FOR *MONELL* CLAIM;
ORDER THEREON                    3
Case No. 2:24-cv-01974-KJM-JDP