LAW OFFICES OF
**WALKUP, MELODIA, KELLY & SCHOENBERGER**
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
T: (415) 981-7210 · F: (415) 391-6965

KHALDOUN A. BAGHDADI (State Bar #190111)
kbaghdadi@walkuplawoffice.com
KELLY L. GANCI (State Bar #335658)
kganci@walkuplawoffice.com
**ATTORNEYS FOR PLAINTIFFS**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRINA PALASZESKI, individually and as Successor-in-Interest to THE ESTATE OF YURIY GARBUZ,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF STANISLAUS, MARK RUNYAN, JIMMY NGUYEN, and DOES ONE through FIFTY,<br><br>Defendants. | Case No. 2:24-CV-01974-DJC-JDP<br><br>**AMENDED JOINT STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER (Dkt. 19)**<br><br>**Assigned to: Hon. Daniel J. Calabretta**<br><br>Complaint Filed:   July 18, 2024<br>Trial Date:            Oct. 26, 2026 |

The Parties, through their undersigned counsel, hereby jointly stipulate and request the Court enter an order as follows:

WHEREAS:

1. The parties have exchanged written discovery and initial disclosures;
2. The parties have agreed to explore mediation to resolve this matter prior to deposition discovery and further written discovery;
3. Mediation is scheduled for September 24, 2025, the first available date with neutral Richard Copeland;
4. The parties agree that allowing opportunity for early resolution of the case, prior to conducting additional discovery, would be in the best interest of all

1 parties and the most efficient use of resources and time;

2 5. Good cause supports this joint request, as the pre-trial modifications would
3 allow the parties to participate in mediation in good faith with time to
4 complete fact discovery needed for trial if the case does not resolve;

5 6. This is the first request for modification of the scheduling order;.

6 7. This modification of the scheduling order will allow the parties to resolve
7 outstanding issues, complete discovery and prepare the case for trial most
8 efficiently and economically;

9 THEREFORE, the parties by and through their counsel of record hereby
10 stipulate as follows:

11 8. The deadlines as set forth in the Scheduling Order (Dkt. 19) shall be
12 extended as proposed below and make no change to the current pretrial
13 conference date or trial date:

| **Deadline** | **Current** | **Proposed** |
|---|---|---|
| Fact Discovery | 09/01/2025 | 12/01/2025 |
| Expert Disclosure | 10/01/2025 | 1/5/2026 |
| Rebuttal Expert Disclosure | 10/22/2025 | 1/30/2026 |
| Expert Discovery | 01/15/2025 | 3/30/2026 |
| Dispositive Filings | 04/17/2026 | 6/1/2026 |
| Dispositive Hearing | 06/11/2026 | 7/23/2026 at 1:30 PM; |
| Pretrial Conference | 08/27/2026 | 11/5/2026 at 1:30 PM; |
| Jury Trial | 10/26/2026 | 1/25/2027 at 8:30 AM; |

IT IS SO STIPULATED.

/ / /

/ / /

/ / /

/ / /

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

2
AMENDED JOINT STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER (Dkt. 19) - CASE NO. 2:24-CV-01974-DJC-JDP

| | | |
|---|---|---|
| 1 | Dated:  August 4, 2025 | WALKUP, MELODIA, KELLY & SCHOENBERGER |

By: ___/s/ Kelly L. Ganci___
KHALDOUN A. BAGHDADI
KELLY L. GANCI
Attorneys for PLAINTIFFS

Dated: August 4, 2025          RIVERA HEWITT PAUL LLP

By: ___/s/ Wendy Motooka___
SHANAN L. HEWITT
WENDY MOTOOKA
Attorney for Defendants
COUNTY OF STANISLAUS and MARK RUNYAN

Dated: August 4, 2025          ANGELO, KILDAY, & KILDUFF, LLP

By: ___/s/ William J. Bittner___
DERICK E. KONZ
WILLIAM J. BITTNER
Attorney for Defendant
JIMMY NGUYEN

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA  94108
(415) 981-7210

3

AMENDED JOINT STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER (Dkt. 19) -
CASE NO. 2:24-CV-01974-DJC-JDP

# ORDER

Having considered the stipulated request of the parties, and with good cause appearing, the Court orders the following modifications to the scheduling order:

| Deadline | Ordered |
|---|---|
| Fact Discovery | 12/01/2025 |
| Expert Disclosure | 1/5/2026 |
| Rebuttal Expert Disclosure | 1/30/2026 |
| Expert Discovery | 3/30/2026 |
| Dispositive Filings | 6/1/2026 |
| Dispositive Hearing | 07/23/2026 at 1:30 PM; |
| Pretrial Conference | 11/05/2026 at 1:30 PM; |
| Jury Trial | 1/25/2027 at 8:30 AM; |

**IT IS SO ORDERED.**

Dated:  August 4, 2025                              /s/ Daniel J. Calabretta
                                                                    THE HONORABLE DANIEL J. CALABRETTA
                                                                    UNITED STATES DISTRICT JUDGE

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA  94108
(415) 981-7210

4
AMENDED JOINT STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER (Dkt. 19) - CASE NO. 2:24-CV-01974-DJC-JDP