LAW OFFICES OF
**WALKUP, MELODIA, KELLY & SCHOENBERGER**
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
(415) 981-7210 · F: (415) 391-6965

KHALDOUN A. BAGHDADI (State Bar #190111)
kbaghdadi@walkuplawoffice.com
KELLY L. GANCI (State Bar #335658)
kganci@walkuplawoffice.com
**ATTORNEYS FOR PLAINTIFFS**

# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRINA PALASZESKI, individually and as Successor-in-Interest to THE ESTATE OF YURIY GARBUZ,<br><br>  Plaintiffs,<br><br>  v.<br><br>COUNTY OF STANISLAUS, MARK RUNYAN, JIMMY NGUYEN, and DOES ONE through FIFTY,<br><br>  Defendants. | Case No.: 2:24-CV-01974-DJC-JDP<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE AND ORDER**<br><br>**[FED. R. CIV. P.41(a)(2)]**<br><br>**Assigned to: Hon. Daniel J. Calabretta** |

///
///
///
///
///
///
///
///
///

1

NOTICE OF DISMISSAL WITH PREJUDICE [FED. R. CIV. P.41(a)(2)] AND ORDER
CASE NO. 2:24-CV-01974-DJC-JDP

Please take notice that Plaintiffs IRINA PALASZESKI, individually and as Successor-in-Interest to THE ESTATE OF YURIY GARBUZ seek to dismiss Defendants COUNTY OF STANISLAUS, MARK RUNYAN, JIMMY NGUYEN, and DOES 1 through 50 with prejudice from the above-captioned action, thereby resulting in dismissal of the entire action with prejudice.

Dated:  November 19, 2025        WALKUP, MELODIA, KELLY & SCHOENBERGER

By: _____
KHALDOUN A. BAGHDADI
KELLY L. GANCI
Attorneys for PLAINTIFFS

## **ORDER**

Having reviewed the foregoing request, absent objection or opposition by Defendants and good cause appearing, it is hereby ORDERED that defendants COUNTY OF STANISLAUS, MARK RUNYAN, JIMMY NGUYEN, and DOES ONE through FIFTY are DISMISSED WITH PREJUDICE from the above-captioned action pursuant to Fed. R. Civ. P. 41(a)(2). The entire action is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

Dated:  December 1, 2025        /s/ Daniel J. Calabretta
                                THE HONORABLE DANIEL J. CALABRETTA
                                UNITED STATES DISTRICT JUDGE